**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-20151-CR-ALTMAN(s)**

**UNITED STATES OF AMERICA**

**vs.**

**DANNY NUNEZ MARMOL,**

  **Defendant.**

_____/

## STIPULATED FACTUAL BASIS FOR PLEA

  Pursuant to Rule 11(b)(3), the following sets forth the factual basis for defendant **DANNY NUNEZ MARMOL**'s guilty plea to Count One of the Superseding Indictment, which charges the defendant with conspiracy to distribute cocaine, knowing, intending, and having reasonable cause to believe that it would be imported into the United States, in violation of Title 21, United States Code, Section 963.   The United States of America and the defendant agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1.  From 2014 through 2020, the defendant was part of a drug trafficking organization ("DTO") that engaged in the shipment of cocaine from the Dominican Republic to the United States, including South Florida, using shipping containers and recreational vessels.

2.  The DTO's preferred method of concealment was to press cocaine between the layers of cardboard in cardboard box flaps.   This was done by co-defendant Miguel Emilio Gutierrez Diaz on a farm in the Dominican Republic at the direction of co-defendant Miguel Andres Gutierrez Diaz.   The boxes were then used in shipments of produce transported to the United States in shipping containers.   Upon arrival of the containers, the boxes of produce were removed, the

produce was discarded, and the cocaine was removed from the box flaps. The cocaine was then distributed in South Florida and the New York area by the defendant and his brother, co-defendant Endy De Jesus Nunez Marmol.

3. The defendant was responsible for sourcing cocaine for shipments, investing his own cocaine into the loads, and distributing cocaine being imported into the United States. The defendant and Endy Nunez Marmol, directed and coordinated the dispatch of the cocaine from the Dominican Republic after they received the cocaine-laden boxes from co-defendants Miguel Andres Gutierrez Diaz and Miguel Emilio Gutierrez Diaz. The DTO imported the cocaine to South Florida, where the defendant and Endy Nunez Marmol received the cocaine, transported it, and distributed it in the New York area. The defendant received a portion of the drug proceeds from the sale of the cocaine and sent the remaining drug proceeds to other DTO members in the United States and the Dominican Republic. The defendant also received transportation fees from individuals who utilized the DTO's distribution network to transport cocaine that they owned.

4. Prior to 2017, Miguel Andres Gutierrez Diaz introduced the defendant to another DTO member and co-conspirator, who was a cocaine trafficker in Miami. The co-conspirator agreed to sell imported cocaine in Miami to the defendant and Endy Nunez Marmol, who then arranged for the cocaine to be transported to New York and sold. Miguel Andres Gutierrez Diaz was paid commissions for brokering the narcotics transactions between the co-conspirator and the defendant and Endy Nunez Marmol.

5. The co-conspirator sold the defendant and Endy Nunez Marmol approximately 229 kilograms of cocaine which the co-conspirator had imported on a boat called "Emma Grace." The defendant and Endy Nunez Marmol transported the cocaine to New York and sold it.

2

6.      The co-conspirator imported 380 kilograms of cocaine aboard a boat called "Happy Ending."   The co-conspirator received approximately 90 kilograms of cocaine from this shipment, which he sold to the defendant and Endy Nunez Marmol, who then transported the cocaine to New York and sold it.

7.      In 2016 or 2017, the co-conspirator and the defendant made plans in the Dominican Republic to send a load of 120 kilograms of cocaine to South Florida aboard the "Happy Ending." Several investors added cocaine to this shipment, which grew to approximately 430 kilograms. In April 2016, the cocaine load was imported into South Florida and unloaded at a marina in Ft. Lauderdale.   The co-conspirator received approximately 230 kilograms, which the co-conspirator delivered to the defendant and Endy Nunez Marmol in Miami, who then transported the cocaine to New York and sold it.

8.      In 2016 or 2017, the co-conspirator was involved in the importation of another shipment of cocaine from the Dominican Republic aboard an unknown vessel.   The co-conspirator received approximately 150 kilograms, which he sold to the defendant and Endy Nunez Marmol, who then transported the cocaine to New York and sold it.

9.      In 2016 or 2017, the co-conspirator imported from the Dominican Republic another shipment of cocaine aboard the same unknown vessel.   The co-conspirator received 150 of the 410 kilograms in this shipment, which he sold to the defendant and Endy Nunez Marmol, who then transported the cocaine to New York and sold it.

10.      In 2017, Miguel Andres Gutierrez Diaz acquired a company to receive containers of produce used to conceal shipments of cocaine from the Dominican Republic.   After conducting three test shipments without any cocaine, in September 2017, Miguel Andres Gutierrez Diaz directed co-defendant Miguel Emilio Gutierrez Diaz to package the cocaine and send the shipment

to Duran Produce in South Florida.   Miguel Emilio Gutierrez Diaz concealed the cocaine within the cardboard box flaps of boxes of produce in the Dominican Republic, and the load was dispatched to the United States.   The defendant and Endy Nunez Marmol were the intended recipients of the shipment; however, it was seized on September 19, 2017 at Port Everglades, where law enforcement found 167 kilograms of cocaine concealed in the flaps of cardboard boxes filled with produce inside of a shipping container.

11.    The defendant, as part of the DTO, participated in several additional loads of cocaine that were concealed in cardboard boxes and dispatched from the Dominican Republic, which were then imported into the United States, totaling more than 450 kilograms.   The defendant and Endy Nunez Marmol transported the cocaine from these loads to New York and sold it.   Judicially authorized intercepts from the Dominican Republic confirm the defendant and Endy Nunez Marmol's participation in the DTO and coordination of the transportation and sale of the cocaine. Due to his involvement with this DTO, the defendant made more than $10,778,570.00 in profits from the sale of narcotics.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 3|1|22          By: _____
                          ELLEN D'ANGELO
                          ASSISTANT U.S. ATTORNEY

Date: 2|11|22         By: _____
                          FRANK QUINTERO, ESQ.
                          ATTORNEY FOR DEFENDANT

Date: 2-11-22         By: _____
                          DANNY NUNEZ MARMOL
                          DEFENDANT

4